HORNER, APPELLEE, *v.* TOLEDO HOSPITAL ET AL., APPELLANTS.

[Cite as *Horner v. Toledo Hosp.* (1994), 70 Ohio St.3d 1211.]

(No. 93–808—Submitted May 11, 1994—Decided September 28, 1994.)

*Schnorf & Ferguson, Brandon G. Schnorf, Jr.* and *Kevin M. Ferguson,* for appellee.

*Fritz Byers; Jacobson, Maynard, Tuschman & Kalur* and *James M. Tuschman,* for appellants.

*Murray & Murray* and *Thomas Murray, Jr.,* urging affirmance for *amicus curiae,* Ohio Academy of Trial Lawyers.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.